1  CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
5  Attorneys for Plaintiff

6

7                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
8

9  JOSE ESTRADA,                          **Case:** 2:21-CV-01511-JFW-SK

10          Plaintiff,                     **Plaintiff's Notice of Voluntary
                                           Dismissal With Prejudice**
11
        v.
12                                         **Fed. R. Civ. P. 41(a)(1)(A)(i)**
13  BIG LOTS STORES, INC., an Ohio
    Corporation; and Does 1-10,
14
            Defendant.
15

16

17      **PLEASE TAKE NOTICE** that Plaintiff Jose Estrada, hereby

18  voluntarily dismisses the above captioned action with prejudice pursuant to

19  Federal Rule of Civil Procedure 41(a)(1)(A)(i).

20      Defendant Big Lots Stores, INC., an Ohio Corporation, has neither

21  answered Plaintiff's Complaint, nor filed a motion for summary judgment.

22  Accordingly, this matter may be dismissed without an Order of the Court.

23

24  Dated: April 6, 2021            CENTER FOR DISABILITY ACCESS

25                                  By:   /s/Amanda Seabock
26                                        Amanda Seabock
                                          Attorney for Plaintiff
27

28

1